IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN BUCKLEY                                                                                            PLAINTIFF
ADC #084190

V.                                              4:07cv00940 WRW

REGINA DOWDLE, et al                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

IT IS SO ORDERED this 8th day of November, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE